IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 4:03cr53-SPM

BRIDGETT NICOLE MALONE,

    Defendant.
_____/

## ORDER DENYING MOTION FOR EARLY TERMINATION

This cause comes before the Court on Defendant's Motion to Early Terminate Supervised Release (doc. 41) and the response in opposition (doc. 42) filed by the Government. Although Defendant's compliance with her current terms of supervised release shows promise for her future, it would not be in the interests of justice to terminate Defendant's supervised release given her prior violation of release conditions and criminal history. Accordingly, it is

ORDERED AND ADJUDGED: Defendant's Motion to Early Terminate Supervised Release (doc. 41) is denied.

DONE AND ORDERED this 16th day of March, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge